UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ETHICON ENDO-SURGERY, INC., *et al.*, : | Case No. 1:11-cv-871 |
| Plaintiffs, : | Judge Timothy S. Black |
| vs. : | |
| COVIDIEN, INC., *et al.*, : | |
| Defendants. : | |

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL RELATING TO U.S. PATENT NO. 5,938,633 (Doc. 96)

This civil action is before the Court on the parties' Joint Motion for Dismissal Relating to U.S. Patent No. 5,938,633 (Doc. 96) and the Stipulation of the Parties Regarding U.S. Patent Nos. 5,322,055 and 5,938,633 (Doc. 95). As it is a joint motion and for good cause shown, this motion is hereby **GRANTED**. All claims, affirmative defenses, and counterclaims asserted in this action based on or relating to U.S. Patent No. 5,938,633 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: 10/2/13

Timothy S. Black
United States District Judge