UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ETHICON ENDO-SURGERY, INC.,** *et al.*,  Case No. 1:11-CV-871

    Plaintiffs,  **Judge Timothy S. Black**

**-vs-**

**COVIDIEN, INC.,** *et al.*,

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the parties' Joint Motion for Final Judgment (Doc. 138) is **GRANTED**; and the case is **CLOSED** on the docket of the Court.

Date: 3/4/2014  **JOHN P. HEHMAN, CLERK**

    By: *s/M. Rogers*, *D.C.*
    Deputy Clerk